In the Matter of the Accounting of JANE DONELLAN as Executrix of JOHN P. DONELLAN, Deceased, Appellant. CECELIA L. A. SLATER, Respondent.

Submitted January 6, 1947; decided January 16, 1947.

*Gabriel E. Torre* and *Benoni B. Gattell* for motion.
*Thomas F. Croake* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.